IN THE SUPREME COURT OF THE
STATE OF OREGON

PAT McCORMICK,                              )
                                            )
    Petitioner,                             )
                                            )
    v.                                      )    SC  S50968
                                            )
HARDY MYERS, Attorney General,              )
State of Oregon,                            )
                                            )    **ORDER CERTIFYING**
    Respondent.                             )    **BALLOT TITLE**


        Upon consideration by the court.

        Petitioner's request for oral argument is denied.

        Petitioner's arguments that the Attorney General's certified ballot title for Initiative Petition 91 (2004) does not comply substantially with ORS 250.035(2) are not well taken.

        The court certifies to the Secretary of State the Attorney General's certified ballot title for the proposed measure.

        Dated this 23rd day of December 2003.


                      _____
                      WALLACE P. CARSON, JR.
                      CHIEF JUSTICE